# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK RING, | : | |
|     Petitioner | : | CIVIL ACTION NO. 3:15-CV-0458 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| SUPERINTENDENT JAMEY P. LUTHER, | : | |
| | : | |
|     Respondent | : | |

## ORDER

**AND NOW, THIS 14TH DAY OF DECEMBER, 2016**, upon consideration of the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's amended petition for habeas corpus filed pursuant to 28 U.S.C. § 2254, (Doc. 10), is **DISMISSED** as untimely filed. See 28 U.S.C. § 2244(d).

2. Petitioner's motion to compel, (Doc. 34), is **DISMISSED** as **MOOT**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. There is no basis for the issuance of a Certificate of Appealability. See 28 U.S.C. § 2253(c).

/s/ William J. Nealon
**United States District Judge**